United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA WENKE,<br><br>   Plaintiff,<br><br>  v.<br><br>FOREST LABORATORIES, INC.,<br><br>   Defendant. | Case No. 5:14-cv-01898-EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 18, 2017, Defendant filed and served a Motion for Judgment on the Pleadings. Dkt. No. 47. Any opposition to the motion should have been filed no later than January 3, 2018. Civ. L.R. 7-3. As of the time this order was filed, the court has not received an opposition and the time for filing such pleading has expired.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **January 8, 2018**, file an opposition to the motion or otherwise demonstrate good cause in writing why she has failed to timely prosecute this action, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: January 3, 2018

                     EDWARD J. DAVILA
                     United States District Judge

Case No.: 5:14-cv-01898-EJD
ORDER TO SHOW CAUSE

1